AO 91 (Rev. 11/11) Criminal Complaint

| | | | |
|---|---|---|---|
| AUSA: | Nhan Ho | Telephone: | (313) 226-9100 |
| Task Force Officer: | Matthew Williard | Telephone: | (313) 965-2323 |

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

United States of America
v.
Dorian Trevor SYKES

Case No.

Case: 2:25−mj−30149
Assigned To : Unassigned
Assign. Date : 3/14/2025
Description: RE: SEALED MATTER (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 6 and March 12, 2025__ in the county of __Oakland, Macomb and__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:  elsewhere

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113(a) and (b) | Bank Robbery and incidental crimes |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Task Force Officer Matthew Willard - FBI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: March 14, 2025

_____
Judge's signature

City and state: Detroit, Michigan

Hon. David R. Grand, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Matthew Willard, Task Force Officer with the Federal Bureau of Investigation, being duly sworn, hereby depose and state as follows:

## I. INTRODUCTION

1. I have been a Task Force Officer assigned to the FBI Macomb County Gang and Violent Crime Task Force since 2015. I have been employed as a police officer for the City of Sterling Heights, Michigan since 2007. I have investigated federal violations concerning crimes of violence and firearms. I have gained experience through training and everyday work related to these types of investigations. I have personally investigated or assisted other law enforcement officers in their investigations of crimes of violence.

2. The facts in this affidavit come from my personal observations, training, experience, and information obtained from law enforcement officers and witnesses. I have not included every fact known to law enforcement concerning this investigation. I have only set forth the facts necessary to establish probable cause that DORIAN TREVOR SYKES (XX/XX/1983) violated 18 U.S.C. §§ 2113(a) and (b) (bank robbery and incidental crimes) on March 6 and 12, 2025.

## II. PROBABLE CAUSE

3. On March 6, 2025, at approximately 11:50 A.M., a black male entered Credit Union One in Sterling Heights, Michigan, approached the teller counter and retrieved a piece of paper from a folder and handed it to the teller. After the teller was not able to read the note, the subject stated, "This is a robbery," and demanded that the teller give him "big bills". The teller handed the robber approximately $10,169.00. The robber grabbed the money and the note and fled the bank.

4. Credit Union One is insured by the National Credit Union Administration.

5. A witness in the area advised law enforcement that an individual matching the robber's description drove a black crossover vehicle, possible a Mercedes sedan.

6. Law enforcement recovered latent fingerprints, believed to be belonged to the robber, from the entry door of the Credit Union, and submitted them to Oakland County Sherriff's Office Crime Lab for comparison. The lab result indicates that the fingerprints match those of SYKES, whose physical description also matches the robber's.

Additionally, in October 2024, SYKES received a traffic citation in a black Mercedes sedan.

7. On March 12, 2025, at 4:40 P.M, a black male entered the Chase Bank in Lathrup Village, Michigan. He approached the teller and provided her a withdraw slip, which stated, "Give me all the money… I have a gun… I will kill everyone in here." The robber also pointed to his right side, implying that he had a weapon. The teller handed the robber approximately $3,400. The robber took the money and left the bank. The March 12 robber's physical description matches that of the March 3 robber.

8. Chase Bank is insured by the Federal Deposit Insurance Corporation.

9. Surveillance camera from a residence near Chase Bank show an individual matching the robber's description running behind a condominium complex and entered a parked white Rolls Royce SUV.

10. SYKES is on federal supervised release since February 2024, arising out of a conviction associated with a bank robbery in 2020. SYKES's probation officer confirmed that SYKES drove a black Mercedes sedan and last contacted the probation officer using the phone

3

number ending with 9235. Open source confirmed that this number is subscribed to SYKES with Metro PCS/T-Mobile as the provider. SYKES's probation agent further advised that he has stayed at the MGM hotel and that SYKES stated that he has been receiving vouchers from MGM to stay there for free.

11. Record provided by T-Mobile pursuant to a state search warrant showed that the device assigned with the 9235 number utilized a cellular tower near Credit Union One at the time of the robbery on March 6, 2025. T-Mobile records, including specialized location information, also put the device assigned with the 9235 number near Chase Bank around the time of the March 12, 2025 robbery.

12. On March 12, at approximately 7:43 P.M., officers surveilled MGM, which confirmed SYKES is a hotel guest. Officer saw SYKES, who matched the robber's physical description, drove a Rolls Royce SUV. T-Mobile records also confirmed that the device assigned with the 9235 number being in the area of MGM at the time the officers saw SYKES.

13. Law enforcement maintained the surveillance of the Rolls Royce SUV driven by SYKES. When officers attempted a traffic stop, the vehicle fled.

### III. CONCLUSION

14. Based on the above, probable cause exists that DORIAN TREVOR SYKES (XX/XX/1983) violated 18 U.S.C. §§ 2113(a) and (b) (bank robbery and incidental crimes).

Respectfully submitted,

Matthew Willard, Task Force Officer
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

HON. DAVID R. GRAND
UNITED STATES MAGISTRATE JUDGE

Date: March 14, 2025

5