UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

Criminal No. 25-mj-30149

DORIAN TREVOR SYKES,

    Defendant.

_____/

## MOTION TO UNSEAL COMPLAINT, ARREST WARRANT AND AFFIDAVIT

The United States of America, by its undersigned attorneys, respectfully requests the court to unseal the Complaint, Warrant of Arrest, and Affidavit for complaint for the following reasons:

1. That the defendant has been arrested on the complaint by law enforcement officers.

2. That the United States is no longer apprehensive that the defendant may flee prior to appearance on the complaint.

Respectfully submitted,

JULIE A. BECK
Acting United States Attorney

*s/ Nhan Ho*
Nhan Ho
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI   48226
734-226-9632
Nhan.Ho@usdoj.gov

Date: March 18, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                        Criminal No.   25-mj-30149

v.

IN RE:   SEALED MATTER

      Defendant.
_____/

## ORDER TO UNSEAL COMPLAINT, ARREST WARRANT AND AFFIDAVIT

IT IS HEREBY ORDERED that the complaint, warrant for arrest, and affidavit for complaint be UNSEALED.

                                              s/Anthony P. Patti
                                              Honorable Anthony P. Patti
                                              United States Magistrate Judge

Dated:   March 18, 2025