AO 442 (Rev. 11/11) Arrest Warrant

AUSA: Nhan Ho  Telephone: (313) 226-9100
Task Force Officer: Matthew Willard  Telephone: (313) 965-2323

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.

Dorian Trevor SYKES

Case No.

I hereby certify that the foregoing is a certified copy of the original on file in this office.
Clerk, U.S. District Court
Eastern District of Michigan
By: s/Eddrey Butts
Deputy

Case: 2:25-mj-30149
Assigned To : Unassigned
Assign. Date : 3/14/2025
Description: RE: SEALED MATTER (EOB)

FILED
CLERK'S OFFICE
MAR 1 8 2025
U.S DISTRICT COURT
EASTERN MICHIGAN

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested) Dorian Trevor SYKES,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2113(a) and (b)    Bank Robbery and incidental crimes

Date: March 14, 2025

_Issuing officer's signature_

City and state: Detroit, Michigan    Hon. David R. Grand, U.S. Magistrate Judge
_Printed name and title_

---

**Return**

This warrant was received on (date) 3/14/25, and the person was arrested on (date) 3/18/25
at (city and state) Detroit, MI.

Date: 3/18/25

_Arresting officer's signature_
SA Ian McDonald
_Printed name and title_

Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA